```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
KEVIN DAVIS, on behalf of himself and all others                     :
similarly situated,                                                  :
                                                                     :
                                        Plaintiff,                   :
                                                                     :
                   -against-                                         :
                                                                     :
ALPHA FOODS LLC,                                                     :
                                                                     :
                                        Defendant.                   :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2021

1:21-cv-6076-GHW

NOTICE OF INITIAL
PRETRIAL CONFERENCE

GREGORY H. WOODS, District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than October 19, 2021. Dkt. No. 5. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than October 25, 2021.

SO ORDERED.

Dated: October 22, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge